UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THAD TATUM | CIVIL ACTION |
| VERSUS | NO. 12-1496 |
| GAUTREAUX FAMILY, L.L.C. | SECTION "R" (2) |

## ORDER

As requested by counsel for defendant, a **Settlement Conference** is set in this case on **NOVEMBER 7, 2012 at 2:00 p.m.** before me.

At the request of counsel, counsel may participate in the conference by telephone by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this \_\_\_26th\_\_\_ day of October, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**